## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WANDA REDWING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CV381** |
| **v.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on February 16, 2006 by counsel for the defendant,

**IT IS ORDERED that:**

1.      The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before April 18, 2006**.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with  NECivR 68.1.

3.      The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 17th day of February, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge